# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA H. BECERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:21-cv-01658-CDB<br><br>ORDER REQURING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE CONSENT OR REASSIGNMENT FORM<br><br>ECF No. 6<br><br>**THREE-DAY DEADLINE** |

　　　　On November 17, 2021, Plaintiff Rosalinda H. Becerra filed the present action in this court seeking review of the Commissioner's denial of an application for Social Security Disability Insurance benefits and Supplemental Security Income benefits for lack of disability.  (ECF No. 2). On November 22, 2021, the Court issued an Order directing the parties, within ninety (90) days, to complete and file a Consent to Magistrate Judge Assignment or Request for Reassignment form. (ECF No. 6).  On January 6, 2022, Defendant filed a Consent to Magistrate Judge Assignment or Request for Reassignment form.  (ECF No. 8).  Plaintiff has not filed the required form and it is eight months past due.

　　　　Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal

1 of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

2       Based on the foregoing, IT IS HEREBY ORDERED that **within three (3) days of entry of this order**, Plaintiff shall show cause in writing why Plaintiff should not be sanctioned for failing to timely comply with his obligation to complete and return the Consent to Assignment or Request for Reassignment.

IT IS SO ORDERED.

   Dated:   **October 24, 2022**                     _____
                                                            UNITED STATES MAGISTRATE JUDGE